# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-CR-20242-Altonaga(s)

UNITED STATES OF AMERICA

vs.

JOHN UTSICK,

       Defendant.

## SECOND NOTICE OF INTENT TO INTRODUCE EVIDENCE

The United States of America, through the undersigned Assistant United States Attorney, respectfully submits this Second Notice of Intent to Introduce Evidence pursuant to Rule 902(11). The United States is providing reasonable written notice of its intent to offer the records described below, and will make a certification available for inspection upon request:

> Tax returns filed for TEGFI and Worldwide,
> Loan/Investor Agreements,
> Promissory Notes with AEI/Worldwide,
> Loan Agreements,
> Concert Settlement Sheets,
> Rate of Return Statements (provided to victims)

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:    /s H. Ron Davidson
       Assistant United States Attorney
       99 Northeast Fourth Street
       Miami, Florida  33132

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on January 26, 2016.

S/ H. Ron Davidson
Assistant United States Attorney

ATTACHMENT A:
Materials Contained on Trading CD/DVD

```
12/14/2015  04:49 PM          6,625,783 Merrill Lynch.pdf
12/14/2015  05:46 PM          116,322 Merrill Lynch affidavit.pdf
12/14/2015  06:24 PM          7,172,324 Merrill Lynch xxx7864 TEGFI statements Jan 1997
- Dec 2002.pdf
12/14/2015  06:25 PM          1,981,134 Merrill Lynch xxx7773 statements Aug 1998 - Dec
1998.pdf
12/14/2015  06:26 PM          7,095,072 Merrill Lynch xxx7202 TEGFI statements Jan 1999
- Dec 2000.pdf
12/14/2015  06:28 PM          8,096,376 Merrill Lynch xxx7202 TEGFI statements Jan 2001
- Mar 2003.pdf
12/11/2015  05:35 PM          524,007 Alliance Bernstein 7FL-008315 - TEGFI 8-31-1995
- 5-10-1998.pdf
12/11/2015  05:39 PM          864,801 Alliance Bernstein CollegeBoundfund ending
#8390 - FBO Mickey Homan 1-1-2002 - 12--31-2010.pdf
12/11/2015  05:44 PM          1,053,327 Alliance Bernstein CollegeBoundfund ending
#8390 - FBO Mickey Homan checks.pdf
12/11/2015  05:45 PM          2,503,321 Alliance Bernstein CollegeBoundfund ending
#8390 - FBO Mickey Homan opening docs.pdf
12/18/2015  10:24 AM          25,169 RBC Dain Rauscher correspondence.pdf
12/18/2015  10:26 AM          842,152 TEGFI Tucker Anthony DAE954818076 opening
docs.pdf
12/18/2015  10:41 AM          3,612,264 TEGFI Tucker Anthony DAE95481899 statements Jan
2001 - Jun 2003.pdf
12/18/2015  11:00 AM          9,877 TEGFI Dain Rauscher for GunnAllen 129S-2894-
2450 - 1998 Tax Summary.pdf
12/18/2015  11:02 AM          16,855 TEGFI Dain Rauscher for GunnAllen 129S-2894-
2450 - 1999  Tax Summary.pdf
12/18/2015  11:04 AM          120,856 TEGFI Dain Rauscher for GunnAllen 129S-2894-
2450 - confirmations.pdf
12/18/2015  11:10 AM          67,673 TEGFI Dain Rauscher for GunnAllen 129S-2894-
2450 - statements Oct 1998 - Sep1999.pdf
12/11/2015  02:12 PM          29,598 KW Brown Investments #334008786 - JP Utsick
hand written note.pdf
12/11/2015  02:12 PM          703,065 KW Brown Investments #334008786 - JP Utsick
statements 1-1-97 - 6-27-97.pdf
12/15/2015  05:09 PM          281,379 EFGI xxxx5400 - Statements.pdf
12/15/2015  05:35 PM          1,107,278 EGFI xxxx2405 - Statements.pdf
12/18/2015  04:21 PM          109,364 Utsick xxxx5995 - Enrollment Agreement.pdf
12/18/2015  04:49 PM          371,109 Utsick xxxx5995 - Confirmation.pdf
12/18/2015  05:24 PM          4,641,046 Utsick xxxx5995 - Statements (Jul 01 - Mar
04).pdf
12/18/2015  05:48 PM          71,961 Utsick xxxx5995 - W9.pdf
12/17/2015  05:28 PM          9,841,309 EGFI xxxx2405 - Confirmation.pdf
12/21/2015  01:19 PM          11,439,049 EGFI xxxx2405 - Statements (Oct 00 - Mar
04).pdf
06/20/2006  10:11 AM          10,237,187 IRA Utsick xxxx7775 - Statements (Feb 26, 2004
- May 31, 2006).pdf
01/25/2006  03:00 PM          84,030 Margin Agreement.pdf
01/25/2006  03:01 PM          57,088 Rejected Option Agreement.pdf
01/25/2006  03:01 PM          63,740 Option Level 4 Agmnt.pdf
12/03/2015  10:21 AM          21,468,883 EGFI xxxx2145 - Statements (Feb 26 2004 - Dec
```

3

```
31 2005).pdf
12/03/2015   04:19 PM       24,182,622 EGFI xxxx2145 - Trading confirmation (April 18
2005 - Dec 28 2005).pdf
12/14/2015   02:24 PM           67,106 Merrimac GJ #06 response correspondence.pdf
12/14/2015   02:25 PM           93,593 Merrimac GJ #06 response correspondence2.pdf
12/14/2015   02:32 PM        1,227,930 Merrimac summary of activity 1-1-2003 - 3-15-
2010.pdf
12/14/2015   03:05 PM           85,648 Penson GJ #05 certificate Jan 2004 - Feb
2010.pdf
12/14/2015   10:38 AM        1,147,006 EGFI xxxx7317 - Transaction Confirmation.pdf
12/14/2015   10:44 AM        6,470,418 EGFI xxxx7317 - Statements (Jan 04 - Feb
06).pdf
12/08/2015   11:56 AM          235,476 EGFI xxxx7317 - Account Agreement.pdf
12/14/2015   10:41 AM        3,726,411 EGFI xxxx7317 - Statements (Mar 03 - Dec
03).pdf
12/11/2015   04:07 PM        2,211,126 Cowen GJ #20 - 1M-022890 and 2M-022890 - TEGFI
statements 4-17-1997 - 12-31-1997.pdf
12/14/2015   11:10 AM          783,907 Charles Schwab #8767-0589 -TEGFI statements 4-
1-2000 - 11-30-2002.pdf
12/14/2015   11:18 AM        5,955,692 Charles Schwab #8767-0589 -TEGFI statements 1-
1-1998 - 4-30-2002.pdf
12/14/2015   11:26 AM          292,414 Charles Schwab #8767-0589 -TEGFI
confirmations.pdf
12/14/2015   11:30 AM       21,629,966 Charles Schwab #8767-0589 -TEGFI opening docs
and notes.pdf
12/14/2015   06:43 PM          303,980 Tucker Anthony xxxx1876 TEGFI Jan 1999 - Mar
2002.pdf
12/14/2015   06:45 PM           28,017 Tucker Anthony xxxx1876 TEGFI 1099's for 1999
- 2002.pdf
12/14/2015   06:48 PM          105,992 GunnAllen xxx2405 1099's 2002 - 2004.pdf
12/14/2015   06:50 PM          516,095 GunnAllen xxx2405 statements Mar 2003 - Mar
2004.pdf
12/14/2015   06:53 PM          406,183 GunnAllen xxx 5995 statements Mar 2003 - Mar
2004.pdf
12/14/2015   06:54 PM          453,656 GunnAllen xxx 5995 opening docs.pdf
12/14/2015   06:55 PM          279,431 GunnAllen xxx 5997 opening docs.pdf
12/14/2015   07:02 PM        1,480,978 Wells Fargo correspondence.pdf
12/14/2015   11:04 AM          174,482 EGFI xxxx2145 - Signature Card.pdf
12/14/2015   11:09 AM          172,077 EGFI xxxx2145 - Correspondence.pdf
12/14/2015   01:27 PM        4,625,558 EGFI xxxx2145 - Statements (Mar 04 - Feb
06).pdf
12/15/2015   04:55 PM        5,760,538 Utsick xxxx7775 - Statements (Mar 04 - Jan
07).pdf
12/11/2015   04:42 PM          844,698 Man Financial SB04-2828-8900 - TEGFI opening
docs.pdf
12/11/2015   04:43 PM          754,643 Man Financial SB04-2828-8900 - TEGFI statements
6-1-1998 - 4-30-1999-.pdf
12/03/2015   08:23 PM        3,410,469 Utsick xxxx4036 - Statements (June 04 - Dec
06).pdf
12/04/2015   10:50 AM        5,524,855 Utsick xxxx1664 - Statements (May 01 - June
04).pdf
12/07/2015   04:22 PM        4,920,229 EGFI xxxx8141 - Statements (April 2002 - July
2005).pdf
12/18/2015   02:02 PM          198,281 JP Utsick Roth IRA xxxx1836 opening docs.pdf
12/18/2015   02:03 PM          528,478 JP Utsick Roth IRA xxxx1836 Feb 2006 - Dec
```

4

2006.pdf

ATTACHMENT B
Materials Contained in Banking CD/DVD

```
12/14/2015  05:18 PM          78,515 John P Utsick xxx4653 - signature card.pdf
12/14/2015  05:22 PM          77,525 SDB Consulting Inc xxx2134 signature card.pdf
12/14/2015  05:22 PM          75,439 SDB Consulting Inc xxx4239 signature card.pdf
12/14/2015  05:28 PM       1,680,602 John P Utsick xxx4653 - activity and checks.pdf
12/14/2015  05:34 PM       1,497,042 SDB Consulting Inc xxx4239 statements 8-30-2005
- 12-31-2006.pdf
12/17/2015  05:36 PM       3,956,924 John P Utsick xxx0895 - statements 3-21-2001 -
4-25-2006 .pdf
12/18/2015  01:04 PM       1,897,881 SDB Consulting Inc xxx2134  statements 5-5-2005
- 12-31-2006.pdf
12/11/2015  11:59 AM       5,702,374 TEGFI Citibank #3200480562 and #3400347410
statements 1-1-2004 - 2-28-2006.pdf
12/11/2015  12:10 PM      13,584,475 TEGFI Citibank #3200480562 and #3400347410
statements 12-1-1999 - 12-31-2003.pdf
12/11/2015  03:44 PM         140,877 TEGFI Citibank #3200480562 and #3400347410
signature card.pdf
12/17/2015  06:22 PM          84,206 RBC Centura affidavit xxx0315.pdf
12/18/2015  09:51 AM       1,782,564 Worldwide NZ LLC RBC xxxx0315 Nov 2005 - Mar
2006.pdf
12/14/2015  10:55 AM          47,377 RBC Centura affidavit for wires.pdf
12/14/2015  10:58 AM       5,668,287 wire transfer 3-15-2004 to 1-19-2006.pdf
12/17/2015  06:46 PM       4,154,973 TEGFI Payroll Admiralty xxxx4251 statements May
2000 - Mar 2006.pdf
12/17/2015  06:49 PM       4,630,548 TEGFI Admiralty RBC xxxx3903 statements Apr
2003 - Mar 2006.pdf
12/11/2015  10:44 AM         107,011 RBC Centura debit for Time Deposit xxxx6920.pdf
12/18/2015  10:00 AM         280,768 RBC Centura Time Deposit xxxx6920.pdf
12/18/2015  10:01 AM         274,765 RBC Centura Time Deposit xxxx6955.pdf
12/18/2015  10:01 AM         318,814 RBC Centura Time Deposit xxxx6568.pdf
12/17/2015  06:38 PM       2,179,080 TEGFI Admiralty xxxx8656 statements Oct 2001 -
Mar 2003.pdf
12/17/2015  06:40 PM       7,976,654 TEGFI RBC xxxx6290 statements Apr 2003 - Mar
2006.pdf
12/11/2015  10:26 AM         111,005 TEGFI Admiralty xxxx2100 signature card.pdf
12/11/2015  10:29 AM          87,802 TEGFI RBC xxxx3479 signature card.pdf
12/11/2015  10:31 AM          77,554 TEGFI RBC xxxx3479 signature card MG.pdf
12/11/2015  10:47 AM       7,641,443 TEGFI RBC xxxx3479 statements 4-30-03 to 6-30-
07.pdf
12/17/2015  06:34 PM     155,887,813 TEGFI RBC xxxx3479 statements May 2005 - March
2006.pdf
12/17/2015  06:59 PM     153,178,789 TEGFI Admiralty xxxx2100 statements Jan 2007 -
Apr 2001.pdf
12/17/2015  07:05 PM     143,444,992 TEGFI Admiralty xxxx2100 statements Jun 2002 -
May 2003.pdf
12/17/2015  07:08 PM     131,799,417 TEGFI Admiralty xxxx2100 statements May 2001 -
May 2002.pdf
12/17/2015  07:14 PM     287,785,528 TEGFI RBC xxxx3479 statements Apr 2003 - Apr
2005.pdf
12/15/2015  05:25 PM       7,952,543 Omega Records Admiralty Bank xxxx9296 June 2002
- Mar 2003.pdf
```

6

12/15/2015  05:29 PM            24,222,534 Omega Records RBC Centura Bank xxxx6901 Apr
2003 - Mar 2006.pdf
12/17/2015  06:20 PM            73,308 RBC Centura affidavit xxx6901 June 11-2002 -
March 31-2006.pdf
12/17/2015  10:01 AM            290,262 Mickey (Jennifer) Homan Pointe Bank xxx0108
signature card.pdf
12/17/2015  10:03 AM            360,906 Mickey (Jennifer) Homan Pointe Bank xxx0004
Cert of Deposit and signature card.pdf
12/17/2015  10:04 AM            531,326 Mickey (Jennifer) Homan Pointe Bank xxx0108
statements 6-30-2003 to 3-31-2006.pdf
12/15/2015  04:01 PM            1,745,030 CC Acquisition Holdings LLC xxxx0374 9-30-2003
to 5-5-2005.pdf
12/15/2015  04:02 PM            285,916 CC Acquisition Holdings LLC xxxx5141 5-31-2005
to 1-31-2006.pdf
12/15/2015  04:04 PM            87,255 CC Acquisition Holdings LLC xxxx1827 1-31-2006
to 3-31-2006.pdf
12/17/2015  10:59 AM            254,029 CC Acquisition Holdings LLC xxxx0374 signature
card.pdf
12/17/2015  10:59 AM            173,529 CC Acquisition Holdings LLC xxxx0374 corp
resolution.pdf
12/15/2015  04:10 PM            448,867 Jack Utsick xxxx1832 11-30-2005 - 9-30-2006.pdf
12/15/2015  04:15 PM            1,550,895 Jack Utsick xxxx4532 7-9-2006  to 10-9-2006.pdf
12/17/2015  10:31 AM            259,653 Marvana Wellness Spa Pointe Bank xxxx1117
signature card.pdf
12/17/2015  10:35 AM            177,754 JUP Special Account for ATTWN Play xxxx1832
signature card.pdf
12/17/2015  10:35 AM            72,855 JUP Special Account for ATTWN Play xxxx1832
corp resolution.pdf
12/17/2015  11:09 AM            164,041 Jack Utsick xxxx4532 signature card.pdf
12/18/2015  07:59 AM            326,451 WEI Pointe Bank corp resolution.pdf
12/15/2015  04:55 PM            117,210 Pointe Bank 0309 to Mercantile Bank 5075 Merger
letter.pdf
12/15/2015  04:58 PM            14,503,081 WEI Payroll Pointe Bank  xxxx0309 6-9-2003 to
5-5-2005.pdf
12/15/2015  04:59 PM            2,114,642 WEI Payroll MER Bank  xxxx5075 5-5-2005 to 10-
31-2006.pdf
12/17/2015  10:29 AM            260,484 WEI Pointe Bank xxxx0309 signature card.pdf
12/17/2015  10:29 AM            175,286 WEI MER xxxx5075 signature card.pdf
12/17/2015  10:26 AM            173,005 WEI MER xxxx1766 signature card.pdf
12/17/2015  10:26 AM            210,552 WEI MER xxxx1766 certificate of deposit.pdf
12/15/2015  04:49 PM            398,817 Worldwide Holdings LLC  xxxx1486 6-14-2005 to
9-30-2006.pdf
12/17/2015  10:32 AM            181,007 Wordlwide Holdings MER xxxx1486 signature
card.pdf
12/17/2015  10:33 AM            159,349 Worldwide Holdings MER xxxx1486 corp
resolution.pdf
12/15/2015  05:43 PM            63,397,934 WEI MER Bank xxx5042 5-5-2005 to Feb 2006.pdf
12/15/2015  05:52 PM            379,922,236 WEI Pointe Bank  xxxx0267 5-16-2003  to 5-5--
2005.pdf
12/17/2015  09:10 AM            1,765,803 WEI MER Bank xxx5042 wire transfer support.pdf
12/17/2015  10:13 AM            263,523 WEI Pointe Bank xxxx0267 and MER xxxx5042
signature card.pdf
12/17/2015  10:16 AM            163,411 WEI Pointe Bank  xxxx0267 and MER xxxx5042 corp
resolution.pdf
12/15/2015  04:38 PM            744,861 WEI MER Money Market xxxx4789 5-5-2005 10-31-

```
                                                                2006.pdf
12/15/2015   04:44 PM            99,465 Pointe Bank xxx0368 to Mercantile xxxx4789
Merger letter.pdf
12/15/2015   04:46 PM         1,202,430 WEI Pointe Bank Money Market xxxx0368 11-19-
2004 to 5-5-2005.pdf
12/17/2015   10:23 AM           257,188 WEI Pointe Bank Money Market xxxx0368 signature
card.pdf
12/17/2015   10:24 AM           181,265 WEI MER Money Market xxxx4789 signature
card.pdf
12/17/2015   10:27 AM           173,876 WEI MER xxxx1805 signature card.pdf
12/17/2015   11:19 AM        19,082,227 WEI Akerman MER Bank xxx1805 1-31-2006 to 9-30-
2006.pdf
12/14/2015   01:49 PM           240,846 wirescomplete.xlsx
12/14/2015   01:51 PM         1,601,536 Copy of SA Karin Lucier 1-5-10 Wiretemplate.mdb
12/14/2015   02:08 PM           105,893 FRBNY correspondence GJ #10.pdf
12/17/2015   03:16 PM        92,012,701 Sheri DiSalvo xxxx7119 statements May 2000 -
Dec 2005.pdf
12/17/2015   03:22 PM        34,425,420 Sheri DiSalvo xxxx6939 statements Jan 2001- Oct
2005.pdf
12/17/2015   03:24 PM         8,292,840 Wayne DiSalvo xxxx0765 statements Sep 2005 -
Jun 2006.pdf
12/17/2015   03:29 PM        43,827,554 Duane DiSalvo xxxx8405 statements Feb 2004 -
Jul 2006.pdf
12/17/2015   03:33 PM         5,876,855 Sheri DiSalvo ITF WD xxxx0328 statements Jun
2005- Jun 2006.pdf
12/17/2015   03:35 PM         5,912,313 Sheri DiSalvo ITF Duane DiSalvo xxxx0427
statements Jul 2005- Jun 2006.pdf
12/17/2015   03:44 PM         4,723,935 Estate of Sheri DiSalvo xxxx3534 statements Dec
2005 - Jun 2006.pdf
12/17/2015   03:48 PM         2,284,967 D & W LLC xxxx3645 statements Sep 2005 - Jun
2006.pdf
12/17/2015   03:51 PM        15,127,733 DWS Property Develop LLC xxxx2973 statements
Jun 2005 - Jun 2006.pdf
12/17/2015   04:03 PM         3,688,634 D&W LLC xxxx6793 statements Dec 2005 - Aug
2006.pdf
12/17/2015   04:04 PM         1,836,214 D&W LLC xxxx6793 opening docs.pdf
12/17/2015   04:10 PM        21,009,665 Sheri DiSalvo xxxx6322 statements Jan 2001 -
Jul 2006.pdf
12/17/2015   04:45 PM       181,247,995 Group Bene Special - ANPA xxxx8588 statements
Aug 1999 - Aug 2003.pdf
12/17/2015   04:59 PM       437,277,772 American National Pension Service xxxx3455 Aug
2002 - Aug 2005.pdf
12/17/2015   05:12 PM       219,440,148 American National Pension Service xxxx3208 Aug
2002 - Jun 2006.pdf
12/17/2015   05:16 PM        46,117,105 American National Pension Service xxxx5799 Jun
2004 - Aug 2005.pdf
12/17/2015   05:18 PM         3,914,465 Group Bene Specialist xxxx1581 statements Feb
2005 - Jul 2005.pdf
12/15/2015   02:27 PM         2,456,370 JP Utsick WW AMEX xxxx92001 12-5-2003 to 3-6-
2004.pdf
12/15/2015   02:38 PM           353,702 JP Utsick AMEX xxxx13009 10-6-2000.pdf
12/15/2015   02:44 PM         1,712,230 JP Utsick AMEX xxxx14007 11-7-2000 to 2-7-
2001.pdf
12/15/2015   03:05 PM        10,310,382 JP Utsick EG AMEX xxxx91003 6-4-2001 to 11-4-
2003.pdf
```

8

```
12/15/2015   03:09 PM            26,310,216 JP Utsick WW AMEX xxxx93009 4-5-2004 to 8-5-
2006.pdf
12/15/2015   03:10 PM             3,819,565 JP Utsick AMEX xxxx15004 4-6-2001 to 3-7-
2002.pdf
12/15/2015   03:13 PM            14,013,056 JP Utsick EG AMEX xxxx16002 4-7-2002  to 2-7-
2006.pdf
12/15/2015   03:16 PM             3,853,979 JP Utsick WW AMEX xxxx41001 10-4-2005  to10-5-
2006.pdf
12
```