**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 10-20242-CR-ALTONAGA(s)**

**UNITED STATES OF AMERICA**

**v.**

**JOHN UTSICK,**

      **Defendant.**
_____/

**UNITED STATES OF AMERICA'S WITNESS LIST**

    The United States of America respectfully submits the following witnesses that it may call at trial in its case-in-chief or rebuttal case:

    1.    Alberto Alvarez

    2.    Lawrence Blake

    3.    Brian Boucher

    4.    Vincent Brunasso

    5.    Mark Byrd

    6.    Francisco Centeno

    7.    Charles Dawson

    8.    Carole Doddore

    9.    Rennen Dufour

    10.    Martin Erlichman

    11.    Larry Farneda

    12.    Michael Filingeri

    13.    Peter Gligor

    14.    Nicholas Gogas

    15.    Michael Goldberg

16. Bernardo Gutierrez

17. Ava Hallam

18. Thomas Hallam

19. Stephen Kelley

20. Nestor Mascarell, FBI

21. Myron Novak

22. Mark Palmer

23. Kenneth Pearce

24. Elisabeth Pinckard

25. Diane Prescott

26. Jeff Robertson

27. Maria Utsick

28. James Wait

29. David Waldrop

30. Darlene Weiser

31. Chris Yeager

32. Donna Yeager

33. Robert Yeager

34. Records Custodian, Internal Revenue Service

35. Records Custodian, Levine & Levine, CPA's

The United States reserves the right to add or delete witnesses as may be needed during trial.

>Respectfully submitted,
>
>WIFREDO A. FERRER
>UNITED STATES ATTORNEY
>
>By:   /s/ John P. Gonsoulin
>
>John P. Gonsoulin
>Assistant United States Attorney
>Court ID No. A5501289
>99 Northeast 4th Street
>Miami, Florida 33132
>Tel: (305) 961-9302
>Fax: (305) 536-5321
>Email: john.gonsoulin@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on February 1, 2016.

>By:   /s/ John P. Gonsoulin
>John P. Gonsoulin
>Assistant United States Attorney